UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 17 AM 10:33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                          Cr. No. 04-20137 B

GILBERT CROCKETT,

    Defendant.

### ORDER GRANTING MOTION TO HOLD IN ABEYANCE PREVIOUSLY FILED MOTION TO RENEW MOTION TO SUPPRESS

For good cause shown and without objection from the government, the Court hereby **GRANTS** defendant's Motion to Hold in Abeyance Previously Filed Motion to Renew Motion to Suppress, and hereby sets this matter for report during the month of June. This matter is hereby set for a report on _June 23, 2005 at 2:00 p.m._. Time is excluding under the Speedy Trial Act based on pending motions.

It is so **ORDERED**, this the _16th_ day of May, 2005.

_[signature]_
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-20-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CR-20137 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT